**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA CLAIRE WOOD, <br><br> Plaintiff-Appellant, <br><br> and <br><br> TP, a minor child; LIZA LEANO, guardian ad litem for minor child TP, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, a government entity; KELLIE CASE, in her official and individual capacity; EDYTH WILLIAMS, in her official and individual capacity; CECELIA GUTIERREZ, in her official and individual capacity; ERICA BAINS, in her individual capacity; STATE OF CALIFORNIA, a government entity; RAVINDER BAINS, in his individual capacity; CONTRA COSTA COUNTY OFFICE OF THE SHERIFF; DAVID O. LIVINGSTON; ACADIA CHIDI; KIM JOHNSON; CALIFORNIA HEALTH AND HUMAN SERVICES; MARK GHALY, <br><br> Defendants-Appellees. | No. 21-15085 <br><br> D.C. No. 3:19-cv-07597-MMC <br><br> MEMORANDUM[*] |

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Appeal from the United States District Court
for the Northern District of California
Maxine M. Chesney, District Judge, Presiding

Submitted February 15, 2022[**]

Before:      FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Andrea Claire Wood appeals pro se from the district court's order denying her motion for relief from the judgment. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the denial of a motion under Federal Rule of Civil Procedure 60(b). *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Wood's post-judgment Rule 60(b) motion because Wood failed to establish any grounds for relief. *See id.* at 1263 (setting forth factors for relief from judgment under Rule 60(b)).

We reject as meritless Wood's contentions regarding the merits of her case and that the district court was required to state findings of fact and conclusions of law in its post-judgment order. *See Molloy v. Wilson*, 878 F.2d 313, 315 (9th Cir. 1989) ("An appeal from a denial of a Rule 60(b) motion brings up only the denial of the motion for review, not the merits of the underlying judgment."); *see also*

_____

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Fed. R. Civ. P. 52(a)(3) ("The court is not required to state findings or conclusions when ruling on a motion under Rule 12 or 56 or, unless these rules provide otherwise, on any other motion.").

Defendants' motion (Docket Entry No. 18) is granted in part. The Clerk is directed to place under seal the exhibits attached to Wood's opening brief (Docket Entry No. 8). All other pending motions and requests are denied.

**AFFIRMED.**